**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark Lee FOREMAN, Defendant–**
**Appellant.**

**No. 03–14815.**
**D.C. Docket No. 02–00017–**
**CR–FTM–29–DNF.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2005.

Yvette Rhodes Harrison, Tampa, FL, for Plaintiff–Appellee.

Cloud H. Miller, III, Miller & Associates, Decatur, GA, for Defendant–Appellant.

---

Before TJOFLAT, PRYOR and ALARCON,* Circuit Judges.

PER CURIAM.

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

* Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;
   (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.